**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Federal National Mortgage Association,         Civil No. 12-898 JNE/AJB

           Plaintiff,

v.         **ORDER ON MOTION FOR REMAND**

Jeremy M. Payne, John Doe, and
Mary Roe,

           Defendants.

Based upon the Report and Recommendation by U.S. Chief Magistrate Judge Arthur J. Boylan, dated July 3, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that plaintiff's motion to remand the case to Washington County District Court is **granted** [Docket No. 4]. It is **further ordered** that plaintiff's motion for costs and fees is granted in the amount of $1662.50.

Date: 7-27-2012

                                    s/ Joan N. Ericksen

                                    Joan N. Ericksen
                                    United States District Court Judge